*Thomas, et al. v. Hudak, et al.*
Case No.: 13 CV 5684

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROBERT THOMAS, RUSSELL THOMAS, and CURTIS LEE, | ) ) ) ) Case No. 13 CV 5684 |
| Plaintiffs, | ) ) Judge Charles P. Kocoras |
| v. | ) ) ) Magistrate Judge Arlander Keys |
| JOHN CICHY, MATTHEW HUDAK, TERRANCE O'BRIEN, ALAN TAKEI, DAWN MCDERMOTT, PAMON MIR, MICHAEL SKJOLDAGER, MICHELLE DEFER, and THE VILLAGE OF SCHAUMBURG, | ) ) ) ) ) ) ) |
| Defendants. | ) JURY DEMANDED ) |

## STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that this matter has been settled pursuant to the Release and Settlement Agreement executed by the parties and, therefore, this cause should be dismissed with prejudice and with each party bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement and the Agreed Order of Dismissal.

RESPECTFULLY SUBMITTED,

_/s/_
*Attorney for Schaumburg Defendants*

_/s/_
*Attorney for Plaintiffs*

_/s/_
*Attorney for Cichy, Hudak & O'Brien*

THE SOTOS LAW FIRM, P.C.
550 E. Devon Avenue, Suite 150
Itasca, Illinois 60143
Tel: (630) 735-3300
Fax: (630) 773-0980
jtimbo@jsotoslaw.com